# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER TIA, | Case No. 2:25-cv-01659-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 9) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on September 30, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 14, 2025. Having reviewed the (ECF Nos. 13-16) filings by Plaintiff, the Court finds they cannot be liberally construed as objections, because they do not address the substance of the Report and Recommendation, which recommends dismissal without prejudice due to Plaintiff's failure to file a complaint, pay the filing fee, or file an application to proceed *in forma pauperis*, despite being ordered to do so. Because this case cannot proceed without Plaintiff's compliance with Court

1    orders, the Court concurs with the Magistrate Judge's recommendation.

2    **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 9) is

3    **ACCEPTED** and **ADOPTED** in full.

4    **IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**.

5    **IT IS FURTHER ORDERED** that all pending Motions (ECF Nos. 13, 14, 15, 16) are

6    **DISMISSED** as moot.

7    **DATED:** October 20, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**